LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.
JOSEPH P. GARIN, ESQ.
Nevada Bar No. 6653
JESSICA A. GREEN, ESQ.
Nevada Bar No. 12383
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500
(702) 382-1512 - fax
jgarin@lipsonneilson.com
jgreen@lipsonneilson.com

*Attorneys for Defendant*
*KCorp Technology Services, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RUSSELL STEWART, an individual,<br><br>Plaintiff,<br><br>v.<br><br>KCORP TECHNOLOGY SERVICES, INC., an Alaska corporation qualified to do business in Nevada; HOWARD ANASTASI, an individual; CHRIS KLETT, an individual; CHUCK QUINLAN, an individual; and DOES 1 through 25, inclusive<br><br>Defendants. | CASE NO.:<br><br>**DEFENDANT KCORP TECHNOLOGY SERVICES, INC.'S PETITION FOR REMOVAL** |

TO: THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA

TO: ALL INTERESTED PARTIES

Defendant KCORP TECHNOLOGY SERVICES, INC. (hereinafter "Defendant" or "KCorp"), pursuant to 28 U.S.C. §§ 1332, 1331 and 1446, removes the instant action under Case No. A-15-729233-C from the Eighth Judicial District Court for the State of Nevada, in and for the County of Clark (the "Action"), to the United States District Court for the District of Nevada. The removal of this case is based on the following grounds:

- 1 -

## I. Summary of Pleadings

On December 18, 2015, Plaintiff RUSSELL STEWART (hereinafter referred to as "Plaintiff" or "Stewart"), filed a Complaint initiating the Action against Defendant in the Eighth Judicial District Court, Clark County, Nevada. Defendant KCorp received notice of this action on or about January 4, 2016. A copy of all process and pleadings served in the state court action are attached as **Exhibit A**. No other pleadings have been filed.

## II. Nature of Complaint

The Plaintiff's Complaint alleges that the Defendants discriminated against the Plaintiff when KCorp terminated the Plaintiff's employment in violation of state law, federal law and public policy. Plaintiff brings the following causes of action in his Complaint: 1) Disability Discrimination (Violation of NRS 613.320 et. seq.), 2) Failure to Accommodate Disability (Violations of the ADA set forth under 42 U.S.C. §§ 12101-12213), 3) Failure to Engage in the Interactive Process (Violations of the ADA set forth under 42 U.S.C. §§ 12101-12213), 4) Wrongful Termination in Violation of Public Policy, 5) Intentional Infliction of Emotional Distress, and 6) Failure to Provide Itemized Wage Statements Pursuant to NRS 608.110.

The Plaintiff requests judgment against the Defendants for 1) general and compensatory damages, 2) punitive damages in accordance with proof, 3) costs of suit, including attorney's fees, and 4) for such further relief as the Court deems just and proper. The Plaintiff demands a trial by jury.

## III. Timeliness of Removal

A notice of removal must be filed within 30 days after service of the pleading which makes the defendant a party to the state action. The thirty-day period begins to run when a party is properly served. Here, the Plaintiff served KCorp with a copy of the Summons and Complaint on January 4, 2016. This Notice of Removal is therefore timely filed under 28 U.S.C. § 1446(b) because it is filed within one year of the commencement of this action

///

and within thirty (30) days of the date KCorp was served with the Summons and Complaint.

### IV. Statement of Jurisdiction

This Court has original jurisdiction over this Action under 28 U.S.C. § 1332 on the basis of diversity of citizenship and pursuant to 28 U.S.C. § 1331 as the Plaintiff brings claims arising out of federal law.

Defendant KCorp Technology Services, Inc. is an Alaska corporation. Defendants Howard Anastasi and Chuck Quinlan are residents of Alaska. Upon information and belief, Defendant Chris Klett is a Maryland resident. Plaintiff Russell Stewart is a resident of Nevada. As such, complete diversity exists in this matter.

The Plaintiff brings claims for violations of the Americans with Disabilities Act of 1990, better known as the "ADA," which is federally codified at 42 U.S.C. §§ 12101-12213. The ADA is a federal law and accordingly, the Plaintiff's claims arise under federal law.

Given the complete diversity existing in this matter and the fact that the Plaintiff's claims arise under federal law, there is now a federal question.

### V. Conclusion

Defendant KCorp has timely filed a notice of removal of an action for which this Court has original jurisdiction, and as such, this Action must be removed to this Court.

Concurrent with the filing of this Petition for Removal, Defendant is providing notice to all parties and the Clerk of the Eighth Judicial District Court for the State of Nevada, County of Clark, pursuant to 28 U.S.C. §1446(d). A true and correct copy of which is attached hereto as **Exhibit B**.

/ / /
/ / /
/ / /
/ / /

In filing this Petition for Removal, Defendant KCorp does not waive, and specifically reserves, all defenses, exceptions, rights, and motions. No statement herein or omission herefrom shall be deemed to constitute an admission by Defendant KCorp of any of the allegations of or damages sought in Plaintiff's Complaint.

DATED this 2 day of February, 2016.

LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.

By: /s/ 
JOSEPH P. GARIN, ESQ.
Nevada Bar No. 6653
JESSICA A. GREEN, ESQ.
Nevada Bar No. 12383
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500

*Attorneys for Defendant*
*KCorp Technology Services, Inc.*