LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.
JOSEPH P. GARIN, ESQ.
Nevada Bar No. 6653
JESSICA A. GREEN, ESQ.
Nevada Bar No. 12383
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500
(702) 382-1512 - fax
jgarin@lipsonneilson.com
jgreen@lipsonneilson.com

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RUSSELL STEWART, an individual, | ) CASE NO.: 2:16-cv-00205-GMN-CWH |
| Plaintiff, | ) |
| v. | ) **STIPULATION AND ORDER FOR** |
| | ) **DISMISSAL WITH PREJUDICE** |
| KCORP TECHNOLOGY SERVICES, INC., an Alaska corporation qualified to do business in Nevada; and DOES 1 through 25, inclusive | ) |
| Defendants. | ) |

- 1 -

## STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

Plaintiff Russell Stewart and Defendant KCorp Technology Services, Inc., by and through their undersigned counsel, pursuant to Federal Rules of Civil Procedure 41(a), hereby stipulate to dismissal, with prejudice, of Plaintiff's Complaint, and any causes of action and claims for relief asserted in these proceedings by Plaintiff against Defendant, with each of the parties to bear their own respective attorneys' fees and costs.

| Dated this day 23rd December, 2016. | Dated this day 23rd December, 2016. |
|---|---|
| LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C. | KRING & CHUNG, LLP |
| /s/ Jessica A. Green | /s/ Merielle R. Enriquez |
| JOSEPH P. GARIN, ESQ.<br>Nevada Bar No. 6653<br>JESSICA A. GREEN, ESQ.<br>Nevada Bar No. 12383<br>9900 Covington Cross Drive, Suite 120<br>Las Vegas, Nevada 89144 | MERIELLE R. ENRIQUEZ, ESQ.<br>Nevada Bar No. 11116<br>1050 Indigo Drive, Suite 200<br>Las Vegas, NV 89145-8870 |
| *Attorneys for Defendant* | *Attorneys for Plaintiff* |

## ORDER

Based on the foregoing stipulation of parties, it is hereby ORDERED that Plaintiff's Complaint is dismissed in its entirety, with prejudice, and each party is to bear their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated this __29__ day of December, 2016.

_____
UNITED STATES DISTRICT JUDGE